## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

SHEILA ANN HARDERSON                                              PLAINTIFF

v.                          Case No. 2:14-cv-2152

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                  DEFENDANT

### ORDER

       The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

       **IT IS SO ORDERED** this 14th day of September, 2015.


                                            /s/ P. K. Holmes, III
                                            P. K. HOLMES, III
                                            CHIEF U.S. DISTRICT JUDGE